Wednesday,
December 12.

HAWKINS and Others *v.* THE BOARD OF TRUSTEES OF THE
WABASH AND ERIE CANAL.

APPEAL from the *Martin* Circuit Court.

*Per Curiam.*—This case is similar to that of the same
appellees at the suit of *Evans, ante,* 319.

The judgment is affirmed, with 10 per cent. damages and
costs.

*John Baker,* for appellant.